FILED

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

2022 JAN 20  AM 12: 52

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Carlos Bayon #28198055
_____
Petitioner

v.

Cathy Lane, Warden FCC-Low
_____
Respondent

(name of warden or authorized person having custody of petitioner)

Case No. 5:22-cv-31-BJD-PRL
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Carlos Bayon
   (b) Other names you have used: N/A
2. Place of confinement: Federal
   (a) Name of institution: Correctional Complex Coleman-Low
   (b) Address: Po Box 1031   Coleman, Fl 33521-1031

   (c) Your identification number: 28198055
3. Are you currently being held on orders by:
   ☒ Federal authorities      ☐ State authorities      ☐ Other - explain:
   _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Western District of New York
   (b) Docket number of criminal case: 18-CR-163
   (c) Date of sentencing: 11-4-19
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____
   _____
   _____

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other (explain): Proper Unbiased Medical Care, Interference with inmate's commissary account funds and payment of his taxes from that account;

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Federal Correctional Complex Coleman Low PO Box 1031 Coleman, Florida 33521

(b) Docket number, case number, or opinion number: N/A

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Refusal to pay inmate's taxes from commissary funds timely; Refusal to provide proper unbiased competent medical care and medications by Profiteer.

(d) Date of the decision or action: 1/13/2022 but this goes back since arrival

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes        ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Medical Director Donato and Unit Manager Ruiz at Federal Correctional Complex Coleman Low

(2) Date of filing: 1/13/2022

(3) Docket number, case number, or opinion number: N/A

(4) Result: denied

(5) Date of result: 1/13/2022

(6) Issues raised: Same as above

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b)  If you answered "No," explain why you did not appeal: _____
_____

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                    ☑ No

(a)  If "Yes," provide:

　　(1)  Name of the authority, agency, or court: _____
_____

　　(2)  Date of filing: _____

　　(3)  Docket number, case number, or opinion number: _____

　　(4)  Result: _____

　　(5)  Date of result: _____

　　(6)  Issues raised: _____
_____
_____
_____
_____
_____

(b)  If you answered "No," explain why you did not file a second appeal: _____
_____

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                    ☑ No

(a)  If "Yes," provide:

　　(1)  Name of the authority, agency, or court: _____
_____

　　(2)  Date of filing: _____

　　(3)  Docket number, case number, or opinion number: _____

　　(4)  Result: _____

　　(5)  Date of result: _____

　　(6)  Issues raised: _____
_____
_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❏ Yes            ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❏ Yes                    ❏ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❏ Yes                    ☑ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
           conviction or sentence: _____

_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

          If "Yes," provide:

    (a)    Date you were taken into immigration custody: _____

    (b)    Date of the removal or reinstatement order: _____

    (c)    Did you file an appeal with the Board of Immigration Appeals?

          ☐ Yes          ☐ No

          If "Yes," provide:

          (1)  Date of filing: _____

          (2)  Case number: _____

          (3)  Result: _____

          (4)  Date of result: _____

          (5)  Issues raised: _____

_____

    (d)    Did you appeal the decision to the United States Court of Appeals?

          ☐ Yes          ☑ No

          If "Yes," provide:

          (1)  Name of court: _____

          (2)  Date of filing: _____

          (3)  Case number: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a)  Kind of petition, motion, or application:

(b)  Name of the authority, agency, or court:

(c)  Date of filing:

(d)  Docket number, case number, or opinion number:

(e)  Result:

(f)  Date of result:

(g)  Issues raised:

**Grounds for Your Challenge in This Petition**

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:**  Inmate entitled to medical care and pay his taxes from his account timely. Medical profiteer already saw and evaluated inmate and sent him back to his cell screaming in pain without medication or any other assistance. He screamed for over 4 hours in the lobby's floor until God released the strangulated Hernia.

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**: _____

_____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

_____

### Request for Relief

15. State exactly what you want the court to do: Proper unbiased competent medical care; to pay my taxes in Higland County Florida (property taxes) at 500 Thruonph Sebring Country Estates, Florida. Medical Profiteer already evaluated inmate. and refused to provide care to him.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

1 | 13 | 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1 | 13 | 2022

#28198055

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

23654795



**Clarissa M. Rodriguez**
**Chair**

ADMINISTRATIVE REVIEW DIVISION
WORKERS' COMPENSATION BOARD
PO BOX 5205
BINGHAMTON, NY   13902
*www.wcb.ny.gov*

### State of New York - Workers' Compensation Board

### In regard to CARLOS A. BAYON, WCB Case #G116 6730

## MEMORANDUM OF BOARD PANEL DECISION
*keep for your records*

Opinion By: Ursula Levelt
Freida Foster
Samuel G. Williams

The carrier requests review of the Workers' Compensation Law Judge (WCLJ) decision filed on June 4, 2018.  The claimant filed a rebuttal.

<u>ISSUE</u>

The issue presented for administrative review is whether the WCLJ properly found the claimant to have a 50% schedule loss of use of the right arm and a 33.3% schedule loss of use of the right foot.

<u>FACTS</u>

This claim is established for right ankle and right shoulder injuries in a work-related accident on July 6, 2015.  The claimant's average weekly wage was set at $582.09.  The claimant has been paid awards at varying rates in this matter.

The carrier had the claimant examined by its consultant, Dr. Hausmann, on March 20, 2017, at which point in time he diagnosed the claimant with a right shoulder strain and right ankle strain. The doctor found the claimant to have a 20% schedule loss of use of the right foot and a 50% schedule loss of use of the right arm.

*** Continued on next page ***

| | | | |
|---|---|---|---|
| Claimant - | CARLOS A. BAYON | Employer - | Mastec |
| Social Security No. - | | Carrier - | Indemnity Ins. of N America |
| WCB Case No. - | G116 6730 | Carrier ID No. - | W112502 |
| Date of Accident - | 07/06/2015 | Carrier Case No. - | C877C0125488 |
| District Office - | Buffalo | Date of Filing of this Decision - | 12/21/2018 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EBRB-1 (4/99)

Page 1 of 4

23854795

The claimant's treating physician, Dr. DiPaola, on September 13, 2017, noted that the claimant had a partial thickness rotator cuff tear and did not wish to pursue surgery. The doctor found the claimant to have a 10% schedule loss of use of the right arm.

Another treating physician, Dr. Gurske-DePerio, submitted a C-4.3 of August 17, 2017, which indicated that the claimant had a 33.33% schedule loss of use of the right foot/ankle. The doctor subsequently tested on May 3, 2018, and indicated that he treated the right foot. The doctor opined that the claimant's right foot condition warranted a 33.3% schedule loss of use of the right foot. The doctor's opinion was, based in large part, on the calcaneus fracture. The doctor also found the claimant to have a marked loss dorsiflexion.

At a hearing on May 30, 2018, the WCLJ found the opinion of Dr. DiPaola to lack credibility while finding the opinion of Dr. Hausmann and Dr. Gurske-DePerio to be credible. As a result, the WCLJ found the claimant to have a 50% schedule loss of use of the right arm and a 33.3% schedule loss of use of the right foot. This appeal ensued.

LEGAL ANALYSIS

The carrier argues that the more credible evidence more accurately supports a 20% schedule loss of use of the right foot and a 10% schedule loss of use of the right arm.

In rebuttal, the claimant asserts that the WCLJ properly evaluated the evidence in the record and found the proper schedule losses of use.

The WCLJ, as the trier of fact, resolves conflicting medical opinions and is free to reject or accept any part based on its credibility (*Matter of DiFabio v Albany County Department of Social Services*, 162 AD2d 775 [1990]). Further, the law judge is not constrained to credit or reject evidence in its entirety; he or she may pick and choose, adopting some portions and rejecting others, as long as the conclusion is supported by evidence on the record (*Matter of Westfall v Linesville Construction Co.*, 55 AD2d 758 [1976], *citing Matter of Buttery v International Paper Co.*, 47 AD2d 687 [1975]; *Matter of Guidera v Abelove's Laundry*, 33 AD2d 1070 [1970]).

The Board Panel further notes that the Board is the sole and final judge of witness credibility, and it alone can evaluate the factors relevant to determining whether the testimony of a party or witness is worthy of belief (*see Matter of McCabe v Peconic Ambulance & Supplies, Inc.*, 101 AD2d 679 [1984]). As long as credibility determinations are supported by substantial evidence,

*** Continued on next page ***

| Claimant - | CARLOS A. BAYON | Employer - | Mastec |
|---|---|---|---|
| Social Security No. - | | Carrier - | Indemnity Ins. of N America |
| WCB Case No. - | G116 6730 | Carrier ID No. - | W112502 |
| Date of Accident - | 07/06/2015 | Carrier Case No. - | C877C0125488 |
| District Office - | Buffalo | Date of Filing of this Decision - | 12/21/2018 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EBRB-1 (4/99)                                                                                           Page 2 of 4

23654795

the fact that some contradictory evidence was also introduced does not change the result (*Matter of Scollo v Joseph J. Pietrafesa Co. Inc.*, 105 AD2d 515 [1984]).

In the present case, after making an independent review of the record, the Board Panel finds that the carrier has not produced any grounds or circumstances that warrant rescission or modification of the decision. The WCLJ herein properly made reasonable credibility determinations in finding a 50% schedule loss of use of the right arm and a 33.3% schedule loss of use of the right foot. The Board Panel finds the testimony of Dr. Gurske-DePerio to be credible and the opinion of Dr. Hausmann to be more credible than Dr. DiPaola. As such, the decision is supported by credible medical evidence and shall not be disturbed.

Therefore, the Board Panel finds, upon review of the record and based upon a preponderance of the evidence, that the WCLJ properly found the claimant to have a 50% schedule loss of use of the right arm and a 33.3% schedule loss of use of the right foot.

CONCLUSION

ACCORDINGLY, the WCLJ decision filed June 4, 2018, is AFFIRMED in its entirety. No further action is planned at this time.

All concur.

_____          _____          _____
Ursula Levelt                    Freida Foster                    Samuel G. Williams

Pursuant to the provisions of § 142(5) of the Workers' Compensation Law, Indemnity Ins. of N America is assessed the sum of $150.00.

Payment of assessment must be made within 30 days. Make check payable to: "Chair, Workers' Compensation Board" and forward with a copy of this notice to the Workers' Compensation Board, Attention: Finance Unit, 328 State Street, Schenectady NY 12305-2318. If an appeal is taken to the Appellate Division of the Supreme Court, send a copy of the appeal to the Finance

*** Continued on next page ***

| | | | |
|---|---|---|---|
| Claimant - | CARLOS A. BAYON | Employer - | Mastec |
| Social Security No. - | | Carrier - | Indemnity Ins. of N America |
| WCB Case No. - | G116 6730 | Carrier ID No. - | W112502 |
| Date of Accident - | 07/06/2015 | Carrier Case No. - | C877C0125488 |
| District Office - | Buffalo | Date of Filing of this Decision - | 12/21/2018 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EBRB-1 (4/99)                                                                 Page 3 of 4

23654795

Unit.  Please include the reference number 23654795 with your payment to ensure proper credit.

| | | | |
|---|---|---|---|
| Claimant - | CARLOS A. BAYON | Employer - | Mastec |
| Social Security No. - | | Carrier - | Indemnity Ins. of N America |
| WCB Case No. - | G116 6730 | Carrier ID No. - | W112502 |
| Date of Accident - | 07/06/2015 | Carrier Case No. - | C877C0125488 |
| District Office - | Buffalo | Date of Filing of this Decision - 12/21/2018 | |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

**EBRB-1 (4/99)**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARLOS BAYON,

    Plaintiff,

v.                                                      Case No: 5:21-cv-346-PGB-PRL

BUREAU OF PRISONS and FEDERAL
CORRECTIONAL COMPLEX
COLEMAN LOW,

    Defendants.
_____

ORDER REGARDING EMERGENCY COMPLAINT

Plaintiff, a Federal inmate, initiated this action by filing a civil rights complaint. (Doc.

1). Plaintiff claims that Defendants are denying him emergency medical care, meals, a

wheelchair, and other accommodations for his multiple disabilities.

Because the Court has a high number of cases filed by *pro se* prisoners in which the

inmate either alleges an imminent risk of physical injury or death, the Court routinely enters

orders on an expedited basis (without regard to the legal merits of the case) directing the Clerk

of Court to immediately notify the appropriate prison official(s) of such allegations for

whatever action may be deemed appropriate in an effort to expedite notice.

Upon due consideration, the Court has determined that such notification is

appropriate in the instant case. Accordingly, the Clerk shall immediately transmit, via email

and/or facsimile, a copy of the complaint (Doc. 1) and this Order to the warden of the

institution at which the inmate is confined, in this case Coleman Federal Correctional

Complex - Low, for whatever action may be deemed appropriate in light of the inmate's

allegations. This is merely a notification to appropriate officials and not a ruling on the merits

of the case or the complaint. The **Clerk** shall confirm that such notification was received and make an entry on the docket reflecting that such notification was sent to the appropriate officials.

Plaintiff's motion for a status conference (Doc. 6) is **DENIED without prejudice**. The Court will provide guidance to the Plaintiff on the next steps in his case by separate order.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 13th day of July 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

c: *pro se* Plaintiff

Date: 11/24/2021
Time: 02:57:26 PM

Location: COA

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS

### Request for Withdrawal of Inmate's Personal Funds

COL-A-C, 28198055 - BAYON, CARLOS

Encumbrance No.:  3995

Please charge to my account the sum of **$637.85** and authorize the same to be paid to:

**Contact/FMIS Certification Address**
**Zwayer -Tax Collect, Eric T**
**540 S COMMERCE AVE**
**SEBRING**
**FL 33870**
**United States**

*Expired*

Purpose: **Bills**
Check Memo: **C223428-02004800240-500 TRIUMPH DR.**

_____
(Signature of Inmate)

28198055 - BAYON, CARLOS
_____
(Inmate Register No./Name)

_____
(Signature of Approving Official)
*C.C. Rhodes, Acting A.W -*

_____          _____
(Signature of Deposit Fund Tech)          (Payment #)

The inmate's personal account has been charged in the amount indicated above.

BP - 199.045 - Jan 2008

**ERIC T. ZWAYER**
HIGHLANDS COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER |
|---|
| C223428-02004800240 |
| ESCROW CD |

**Visit one of our locations:**
Sebring Office: 540 S Commerce Ave, Sebring, FL 33870 (Drive-Thru Available)
Avon Park Branch: 116 E Main St (Next to City Hall) Avon Park, FL 33825
Lake Placid Branch: 11 N Pine Ave, Lake Placid, FL, 33852
http://www.hctaxcollector.com/ (863)402-6685

11/04/2021 02:12:37

| EXEMPTION CODES |  |
|---|---|
|  |  |

BAYON CARLOS
P O BOX 71
GETZVILLE, NY 14068

500 TRIUMPH DR
SEBRING COUNTRY EST SEC 2
PB 7-PG 34
LOT 24 BLK 48

**PAY IN U.S. FUNDS TO ERIC T. ZWAYER, TAX COLLECTOR @ 540 S COMMERCE AVE SEBRING, FL 33870**

| YEAR | BILL NUMBER | IF PAID BY 11/30/2021 | IF PAID BY 12/31/2021 | IF PAID BY 01/31/2022 |
|---|---|---|---|---|
| 2007 | 1074862 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2008 | 1074448 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2009 | 1074313 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2010 | 1074259 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2011 | 1074355 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2012 | 1074302 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2013 | 1074281 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2014 | 1074349 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2015 | 1074114 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2016 | 1074114 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2017 | 1074114 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2018 | 46728 | $ 177.87 | $ 179.65 | $ 181.42 |
| 2019 | 31369 | $ 183.26 | $ 185.35 | $ 187.44 |
| 2020 | 31378 | $ 164.08 | $ 165.89 | $ 167.69 |
| 2021 | 31369 | $ 105.86 | $ 106.96 | $ 108.06 |
|  |  |  |  |  |
|  |  | $ 631.07 | $ 637.85 | $ 644.61 |

**ERIC T. ZWAYER**
HIGHLANDS COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| If Paid By | 11/30/2021 | 12/31/2021 | 01/31/2022 |  |  |
|---|---|---|---|---|---|
| Please Pay By | $ 631.07 | $ 637.85 | $ 644.61 |  |  |

**PAY IN U.S. FUNDS TO ERIC T. ZWAYER, TAX COLLECTOR @ 540 S COMMERCE AVE SEBRING, FL 33870**

BAYON CARLOS
P O BOX 71
GETZVILLE, NY 14068

500 TRIUMPH DR
SEBRING COUNTRY EST SEC 2
PB 7-PG 34
LOT 24 BLK 48

| ACCOUNT NUMBER | ESCROW CD | EXEMPTION CODES | MILLAGE CODE |
|---|---|---|---|
| C223428-02004800240 |  |  | 40 |



**ERIC T. ZWAYER - TAX COLLECTOR**
*Serving Highlands County*

540 South Commerce Avenue • Sebring, Florida 33870
www.hctaxcollector.com

11/4/2021

CARLOS BAYON #28198055 [A4-89L]
FERDERAL CORRECTIONAL COMPLEX COLEMAN-LOW
PO BOX 1031
COLEMAN, FL 33521-1031

RE: C223428-02004800240

Dear Taxpayer,

We are returning your payment for the following reason(s):

Hello, we have received your letter.  Please see the bill enclosed for the amount due for property 500
Triumph DR.  Payment can only be made by cashier's check, money order or cash since delinquent.
Unfortunatley, our office can not change the mailing address.  You will have to contact the Property
Appraiser's Office at 863-402-6659.

If you have any questions, please send us an email at TCFinOps@hctaxcollector.com, write to
us at 540 S. Commerce Ave, Sebring, FL 33870, or call us at 863-402-6701.

Respectfully,

Financial Operations Department for
Eric T. Zwayer, Tax Collector
Serving Highlands County

By: HD

Date: 01/11/2022
Time: 09:25:56 AM
Location: COA

## Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No: 28198055   Inmate Name: BAYON, CARLOS**                   **Available Balance: $51,575.16**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|------|-------------|------------------|------------------|--------|
| 01/10/2022 | 106 | Sales | | -$49.05 |
| 01/07/2022 | TL0107 | TRUL Withdrawal | | -$2.00 |
| 01/03/2022 | 117 | Sales | | -$81.10 |
| 12/27/2021 | 83 | Sales | | -$62.15 |
| 12/25/2021 | 3995 | BP 199 Request - Released | | $637.85 |
| 12/20/2021 | 73 | Sales | | -$74.55 |
| 12/20/2021 | TL1220 | TRUL Withdrawal | | -$2.00 |
| 12/16/2021 | 70148401 | Lockbox - CD | | $49,738.82 |
| 12/14/2021 | TL1214 | TRUL Withdrawal | | -$2.00 |
| 12/13/2021 | 78 | Sales | | -$54.20 |

To: District Court Ocala Div, you May
withdraw $5.00 From this account
to cover the cost of this Habeas Corpus
Thank you
Carl B  1/13/2022
Under Penalty of Perjury

Inmate #: 28198055

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARLOS BAYON,

      Petitioner,

v.                                                    Case No: 5:21-cv-603-WWB-PRL

WARDEN, FCC COLEMAN - LOW,

      Respondent.

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    Pursuant to the Court's order entered December 14, 2021 Judgment is entered

dismissing the case without prejudice.


                    ELIZABETH M. WARREN, CLERK

                    s/H. Iovino, Deputy Clerk

From: Carlos Bayon #08198055 (A3-0026)
Federal Correctional Complex (Coleman-Low)
Po Box 1031
Coleman, Florida
33521 - 1031

To: US District Court - Ocala
207 NW 2nd Street Room 337
Ocala, Florida
34475 - 6699

SCREENED
By USMS