UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARLOS BAYON,

    Petitioner,

v.                                          Case No: 5:22-cv-31-BJD-PRL

WARDEN, FCC COLEMAN - LOW,

    Respondent.
_____

### **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner Carlos Bayon, an inmate of the federal penal system, initiated this action on January 20, 2022, by filing a pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). Petitioner contends prison officials have provided inadequate medical treatment, interfered with his commissary account funds, and refused to pay his taxes from his commissary account. He requests proper unbiased medical care and payment of his property taxes.

Petitioner's challenges to the conditions of his confinement are not cognizable in a 28 U.S.C § 2241 habeas proceeding. Any non-frivolous claims should be raised in a civil rights action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388, (1971). The Court has approved the use of a form for civil rights cases, and Petitioner will be provided

with a copy of the form. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]").

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

3. The **Clerk** shall send Petitioner a civil rights complaint form and an application to proceed *in forma pauperis* (prisoner filings) form. If Petitioner chooses to refile his claims, he should use the appropriate form. He should not put this case number on the form because the Clerk will assign a new case number upon receipt. In initiating such a case, Petitioner should either file a fully completed application to proceed *in forma pauperis* (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of January, 2022.

*/s/ Brian J. Davis*
BRIAN J. DAVIS
United States District Judge

caw 1/26
c:
Carlos Bayon, #28198-055